IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ille, Benjamin

Printed: 6/17/08

Case Number: 08 B 05627
Judge: Wedoff, Eugene R
Filed: 3/10/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 1, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 2. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Bank | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Bank | Secured | 31,000.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | 1,000.00 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 64.13 | 0.00 |
| 7. | Capital One | Unsecured | 63.40 | 0.00 |
| 8. | Chase Bank | Unsecured | 88.60 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 842.76 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 193.79 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 603.55 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 239.65 | 0.00 |
| 13. | GEMB | Secured |  | No Claim Filed |
| 14. | Mercedes Benz Financial | Secured |  | No Claim Filed |
| 15. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 16. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 17. | Bank Of America | Unsecured |  | No Claim Filed |
| 18. | Applied Card Bank | Unsecured |  | No Claim Filed |
| 19. | Bank Of America | Unsecured |  | No Claim Filed |
| 20. | Chase | Unsecured |  | No Claim Filed |
| 21. | Chase | Unsecured |  | No Claim Filed |
| 22. | Citibank | Unsecured |  | No Claim Filed |
| 23. | Citibank | Unsecured |  | No Claim Filed |
| 24. | Chase | Unsecured |  | No Claim Filed |
| 25. | GEMB | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ille, Benjamin | Case Number: 08 B 05627 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 6/17/08 | Filed: 3/10/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Citi Cards | Unsecured | | No Claim Filed |
| 27. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 28. | Citi Residential Lending Inc | Unsecured | | No Claim Filed |
| 29. | New Century Mortgage | Unsecured | | No Claim Filed |
| 30. | Nicor Gas | Unsecured | | No Claim Filed |
| 31. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 32. | Home Depot | Unsecured | | No Claim Filed |
| 33. | Providian Bank | Unsecured | | No Claim Filed |
| 34. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 35. | Thd/Cbsd | Unsecured | | No Claim Filed |
| 36. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 37. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 38. | Harris Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 34,095.88 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

